UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Criminal Case No. 08-cr-20583
                                             Civil Case No.     12-cv-13162

GREGORY MAPP,

    Defendant.
                                       /

**ORDER SETTING BRIEFING SCHEDULE**

On July 30, 2012, Defendant moved to amend his § 2255 motion to include a claim for ineffective assistance of appellate counsel. The court granted leave on August 31, 2012. Accordingly,

IT IS ORDERED that Defendant shall file an amended § 2255 motion that includes all relevant claims by **October 15, 2012**. Plaintiff shall file a response by **December 14, 2012**. Defendant shall file an optional reply by **January 4, 2013**.

                                               s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: September 5, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 5, 2012, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522