**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Criminal No. 08-cr-20583
                                            Civil No. 12-cv-13162

GREGORY MAPP,

    Defendant.
_____/

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

      Before the court is Defendant Gregory Mapp's application to proceed *in forma pauperis*. Federal Rule of Appellate Procedure 24(a)(1) provides that a party to a district court action who desires to appeal *in forma pauperis* must file a motion in the district court. Having reviewed Defendant's application, it appears that he has substantially complied with the requirements of Rule 24(a)(1) of the Federal Rules of Appellate Procedure. Accordingly,

      IT IS ORDERED that Defendant's application to proceed *in forma pauperis* [Dkt. # 95] is GRANTED.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: April 2, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 2, 2014, by electronic and/or ordinary mail.

                                         s/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\08-20583.MAPP.GrantIFP.2.rljr.wpd